STATE OF NORTH CAROLINA v. EMMA CANTY TISDALE

No. 755SC376

(Filed 1 October 1975)

APPEAL by defendant from *Tillery, Judge.* Judgment entered 22 October 1974 in Superior Court, NEW HANOVER County. Heard in the Court of Appeals 29 August 1975.

*Attorney General Edmisten, by Assistant Attorney General Myron C. Banks, for the State.*

*Mathias P. Hunoval, for defendant appellant.*

MORRIS, VAUGHN and CLARK, Judges.

No error.

———

STATE OF NORTH CAROLINA v. LEONARD McDOWELL WINGATE

No. 7526SC530

(Filed 1 October 1975)

APPEAL by defendant from *Falls, Judge.* Judgment entered 15 April 1975 in Superior Court, MECKLENBURG County. Heard in the Court of Appeals 26 September 1975.

*Attorney General Edmisten, by Assistant Attorney General Myron C. Banks, for the State.*

*Fred McPhail, Jr., for defendant appellant.*

MORRIS, HEDRICK and ARNOLD, Judges.

No error.